IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01652-MSK-BNB

ELIZABETH MITCHELL,

Plaintiff,

v.

THOMAS L. ALCORN,
LOIS ALCORN,
DANIEL NOVEN,
LEE KUTNER, and
JEFFREY WEINMANN,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. They presented competing scheduling orders rather than a unified order as required by D.C.COLO.LCivR 16.1. The competing scheduling orders were refused. Consistent with matters discussed at the conference this morning and for the reasons stated on the record:

IT IS ORDERED that the parties shall meet and prepare a single proposed scheduling order, which they shall submit to the court electronically on or before **December 9, 2009**.

IT IS FURTHER ORDERED that the proposed scheduling order shall include the following deadlines:

| | |
|---|---|
| Deadline to complete Rule 26(a)(1) disclosures: | December 31, 2009 |
| Deadline to join parties and amend pleadings: | January 4, 2010 |
| Discovery Cut-Off: | June 1, 2010 |

   Dispositive Motions Deadline:     July 1, 2010

   Expert Disclosures:

  (a)  The parties shall designate all experts and provide pro se parties and opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 1, 2010

  (b)  The parties shall designate all rebuttal experts and provide pro se parties and opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 30, 2010

  IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **December 22, 2009, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

  Dated December 2, 2009.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge