IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01652-MSK-BNB

ELIZABETH MITCHELL,

Plaintiff,

v.

THOMAS L. ALCORN,
LOIS ALCORN,
DANIEL NOVEN,
LEE KUTNER, and
JEFFREY WEINMANN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Objection to Plaintiff's Motion for Joinder of Defendant and Leave to File Amended Complaint One Day Late** [docket no. 47, filed January 27, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  January 28, 2010